```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
_____
                            )
ROBERT LEAF,                )
                            )
            Plaintiff,      )
                            )   Civil Action
v.                          )   No. 22-cv-10482-PBS
                            )
JAMES M. DRISCOLL, II,      )
                            )
            Defendant.      )
                            )
_____)
```

**MEMORANDUM AND ORDER**

June 29, 2022

Saris, D.J.

For the reasons stated in court on June 29, 2022, the Court allows Plaintiff's Motion to Remand to State Court (Dkt. 6) pursuant to 28 U.S.C. § 1447(c).

The Court declines to award the attorney's fees requested by Plaintiff pursuant to 28 U.S.C. § 1447(c) in his Motion to Remand.

SO ORDERED.

```
                         /s/ PATTI B. SARIS
                         Hon. Patti B. Saris
                         United States District Judge
```