## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

ROBERT LEAF
Plaintiff

V.

JAMES M. DRISCOLL II
Defendant

CIVIL ACTION NO.

1:22-10482-PBS

## **ORDER OF REMAND**

SARIS, D.J.

Pursuant to Court's Memorandum and Order entered on June 29, 2022, case is hereby remanded to Nantucket Superior Court.

SO ORDERED.

By the Court,

6/29/2022 _____                          /s/ Clarilde Karasek

Date                                                    Deputy Clerk